```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA       :
                                      ORDER
         - v. -                :
                                      18 Cr. 217 (KMW)
TODD SCHLIFSTEIN,              :

         Defendant.            :
- - - - - - - - - - - - - - - - x
```

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on June 26, 2019;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         June ___, 2019

_____
THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE