# EXHIBIT 1

Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

<u>Re: United States v. Todd Schlifstein, 18-CR-217 (KMW)</u>

Dear Judge Wood:

I write to express my great remorse for my participation in the Subsys speaker program. I deeply regret my decision to ever join the program, and that I allowed the lecture fees I received to influence me. I violated my patients' trust in me and I have caused my family to suffer. I cannot tell you or them how sorry I am. I made a grave mistake and take full responsibility for my actions. I will work the rest of my life to make amends.

This whole experience is devastating to me because my entire life has been dedicated to helping people, especially my patients. Ever since I was a kid, that was all I ever wanted to do. I do not come from a wealthy family and no one gave me any short cuts. I was blessed though to have two amazing parents who knew the value of hard work and they instilled that work ethic in me and my brothers. From a young age, I was taught that success comes with hard work and I carried those lessons and values through college, medical school, and my residency.

My parents were so proud of me when I became a doctor and I was so proud to return their belief in me. I am not married and I do not have children. My entire life and identity was wrapped up in being a doctor, and helping my patients and working with my staff. They were my extended family and I poured my sweat every day into being a great doctor for my patients and a great boss to a staff who looked up to me. That is why being here before you in so painful to me. I betrayed some of the most important people in my life, people who were like family to me. People who relied on me and looked up to me. I have disappointed them and that is why I am so ashamed of myself.

My attorney has asked me to try to explain what brought me here. This is hard because I do not want to sound like I am making excuses. I do think it is important for you to know though, that I did not go into the Subsys speaker series for the money, or for any reason that would hurt any of my patients. I would not do that. I accept that I violated my patients trust by allowing speaker fees to influence me but I only prescribed Subsys to patients who I believed could benefit. I would not have prescribed it if I didn't think the medicine would be helpful.

The Court should know that I started prescribing Subsys early on, not long after it hit the market in March 2012. I did this before I ever attended a Subsys speaking lecture as a guest or as a lecturer. I started prescribing Subsys because it was a innovative therapy that could help my patients. When my patients responded well to the medication, I grew more confident in the drug

1

and prescribed it to more patients.  I did not join the lecture series knowing that I would have to prescribe even more drugs in order to get more engagements.  In fact, I was reprimanded in late 2014 by Subsys' representatives and told that the reason why I was not getting speaking engagements was because I was not prescribing enough Subsys.

Every day for the rest of my life I will live with the regret that I did not walk away at that point.  I beat myself up every day about this.  My therapists are helping me to forgive myself though. They have helped me see that I was at a very vulnerable time in my life.  My best friend and younger brother Craig died in January 2014.  He had an unexpected stroke in the middle of the night and he was only 40 years old.  He passed away the following day.

Craig's death devastated me.  He was my best friend.  He was someone who I would often run things past for his opinion.  Without him, I became lonely and depressed.  None of my immediate family lived close by.  The Subsys lectures gave me some companionship in this time of deep sadness and the Subsys representatives became people that I leaned on for comfort.  I came to believe the people running the lectures were my friends.  By the point I realized months later that I was being used, I did not have the strength to immediately quit the speaker series.  I went along with what they asked of me until I finally quit in 2015.

I would like the Court to know that this experience has changed me forever.  It has given me an opportunity to really look at what is important and I have made significant changes to my life since this started.  I started seeing a psychiatrist and therapist who have helped me to reflect on the person I was and the person I wish to be.  I have become closer to my family, especially my sister-in-law Jamie, my uncle Harvey, and my cousin Steven.  I have asked them for their forgiveness and they have given it to me.

Jamie is Craig's widow, and because of my actions, I have caused suffering to her and Craig's daughters, my two young nieces.  I love them like my own daughters and they look up to me as a father figure.  I even look a lot like my brother Craig so I think my relationship to them has helped ease the grief of losing their father when they were so young.  I am devastated that because of my actions, I may not be there for them.

I beg for the Court's mercy.  I am shattered.  Although I will no longer be able to do the work that I love most, treating patients, I will do everything in my power to make amends.  I feel I will be of better use to society if I am allowed to continue doing the volunteer work that I have started and find other ways to rebuild my life and become a productive member of society again.  I also want to be there for my nieces, and help Jamie to raise them into the wonderful young ladies that I know they will become.

      Thank you your Honor for taking this letter into consideration in determining my sentence.

Sincerely,

Todd Schlifstein