**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/19

WRITER'S DIRECT DIAL NO.
(212) 849-7364

WRITER'S EMAIL ADDRESS
alexspiro@quinnemanuel.com

November 18, 2019

**VIA ECF**

The Honorable Kimba M. Wood
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Courtroom 26A
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Todd Schlifstein*, 1:18 Cr. 00217 (KMW)

Dear Judge Wood:

We write to request permission for Dr. Todd Schlifstein to travel to and from the Central and Southern Districts of Florida on January 9-12, 2020 to spend time with his family, including his two younger nieces. As part of his bail conditions, Dr. Schlifstein's travel was limited to the Southern and Eastern Districts of New York. Dr. Schlifstein will provide his itinerary to Pretrial Services in advance of his trip.

Granted. KMW

We have spoken with the Government (AUSA Noah Solowiejczyk) and Pretrial Services (Officer Erin Cunningham). Neither object to our request. Thank you for your consideration.

Respectfully submitted,

*/s/ Alex Spiro*

Alex Spiro
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7364
alexspiro@quinnemanuel.com

*Attorneys for Todd Schlifstein*

11-19-19
**SO ORDERED:** N.Y., N.Y.

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART