# THE HOFFINGER FIRM, PLLC
150 EAST 58TH STREET, 16TH FLOOR
NEW YORK, NEW YORK 10155

FRAN HOFFINGER
SUSAN HOFFINGER

TELEPHONE: (212) 421-4000
FACSIMILE: (212) 223-3857

MARK W. GEISLER
OF COUNSEL

March 12, 2020

Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street, Room 2540
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/20
```

Re:   United States v. Dialecti Voudouris, et al. 18 Cr. 217 (KMW)

Dear Judge Wood:

**MEMO ENDORSED**

We represent defendant Dialecti Voudouris.

On March 11, 2020, Your Honor approved the schedule for defendants Todd Schlifstein, Alexandru Burducea and Dialecti Voudouris to file their papers in opposition to the Government's motion for restitution on March 25, 2020, with the Government's reply papers being due April 3, 2020 (ECF No. 278).

Currently, the office of one defense counsel is closed, and it is likely that the offices of other defense counsel will be closed next week due to the COVID-19 pandemic. After consulting with the Government and with counsel for defendants Schlifstein and Burducea, we respectfully ask that defendants be permitted to file their opposition papers on or before April 22, 2020 and that the Government file its reply on or before May 1, 2020.   *Granted*

Further, the current deadline for the Court to determine restitution is May 8, 2020 for defendants Schlifstein and Burducea (ECF No. 280) and May 31, 2020 for Voudouris. The Government and defense counsel consent to extend the deadline for determining restitution for these three defendants to May 31, 2020, or such other date as the Court determines is appropriate.   *Granted*

Thank you for Your Honor's consideration.

Respectfully submitted,

Susan Hoffinger

cc:   All Government and defense counsel (via ECF)

SO ORDERED:  N.Y., N.Y. 3/23/20

_____
KIMBA M. WOOD
U.S.D.J.